# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AVETUS AVO JOHN AKMAKCHYAN,<br><br>　　　　Defendant. | No. CR 17-0243-DSF<br><br>**AMENDED JUDGMENT FOR PLAINTIFF UNITED STATES ON APPEARANCE BOND FORFEITURE AS TO DEFENDANT AVETUS JOHN AKMAKCHYAN AND SURETY SILVI HADJYAN**<br><br>Hearing Date: N/A |

Pursuant to the Order Forfeiting Bail filed on October 10, 2018 (Dkt. 86), wherein the appearance bond for defendant Avetus John Akmakchyan was declared forfeited; the Affidavit of Surety signed by Silvi Hadjyan (Dkt. 17); the United States of America's request to amend bond forfeiture judgments (Dkt. 104); and for good cause shown, the Judgment for United States on Appearance Bond Forfeiture as to Silvi Hadjyan entered on December 20, 2018 (Dkt. 91) is amended to reflect that defendant Akmakchyan is also liable on the forfeited appearance bond, as follows:

> Silvi Hadjyan and Avetus John Akmakchyan are liable to the United States for the total amount of the forfeited bond, $150,000, together with interest and costs.

IT IS SO ORDERED.

DATED: June 27, 2019

                                                  _____
                                                  Honorable Dale S. Fischer
                                                  UNITED STATES DISTRICT JUDGE